**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 2016-86 (WOB-CJS)**

**SANDRA DEE MARCUM**                                                    **PLAINTIFF**

**VS.**                                        <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 14), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 12) is **denied**; and that defendant's motion for summary judgment (Doc. 13) is **granted**. A separate Judgment shall enter concurrently herewith.

This 24th day of March, 2017.



Signed By:

*William O. Bertelsman* WOB

**United States District Judge**